IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>ANTHONY C. ZUFELT, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:10-cv-00574-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

  Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on February 3, 2016, recommending: (1) the District Court grant the Securities and Exchange Commission's ("SEC") Motion for Sanctions (Dkt. No. 205) and (2) the District Court impose a default judgment against Defendant Anthony Zufelt in an amount to be determined by subsequent hearing. (Dkt. No. 219.)  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. *See* Fed. R. Civ. P. 72(b)(2).  Neither party has filed such an objection.

  Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby GRANTS the SEC's Motion for Sanctions (Dkt. No. 205).
IT IS SO ORDERED.

  DATED this 19th day of February 2016.

                   _____
                   Dee Benson
                   United States District Judge