FILED
U.S. DISTRICT COURT
2016 SEP 27  A 9: 31
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Plaintiff, | |
| v. | Case No. 2:10-cv-00574-DB-DBP |
| ANTHONY C. ZUFELT, et al., | District Judge Dee Benson |
| Defendants. | Magistrate Judge Dustin B. Pead |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on August 5, 2016, recommending that: (1) the Court grant the Securities and Exchange Commission's ("SEC") Motion for Sanctions against Relief Defendant Shae L. Morgan ("S.L. Morgan") (Dkt. No. 218) and enter a default judgment against Morgan in the amount of $81,402; (2) the Court grant the SEC's Motion for Sanctions Against Relief Defendant Jennifer M. Zufelt ("J.M. Zufelt") (Dkt. No. 223) and enter default judgment, or alternatively summary judgment against J. Zufelt in the amount of $46,000; and (3) the Court grant the SEC's Motion for Sanctions Against Relief Defendant Garth W. Jarman ("G.W. Jarman") (Dkt. No. 226) and enter default judgment or alternatively summary judgment against G.W. Jarman in the amount of $249,507.52.

The Clerk of the Court sent the Report and Recommendation to S.L. Morgan, J.M. Zufelt and G.W. Jarman, each at his or her respective address of record in this case together with notice of his or her right to file an objection to the Report and Recommendation within fourteen (14) days after receiving it. *See* Fed. R. Civ. P. 72(b)(2). Each was returned to the Clerk of the Court

as undeliverable, unable to forward and no new address available. Under DUCivR 83-1.3, pro se parties are required to notify the Clerk's Office immediately of any change in address, email address, or telephone number. Here, none of these three Relief Defendants have given notice of any such changes. Nor have any of them filed objections to the Report and Recommendation.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby:

(1) GRANTS the SEC's Motion for Sanctions against S.L. Morgan (Dkt. No. 218) and enters a default judgment against S.L. Morgan in the amount of $81,402;

(2) GRANTS the SEC's Motion for Sanctions Against J.M. Zufelt (Dkt. No. 223) and enters default judgment against J.M. Zufelt in the amount of $46,000; and

(3) GRANTS the SEC's Motion for Sanctions Against G.W. Jarman (Dkt. No. 226) and enters default judgment against G.W. Jarman in the amount of $249,507.52.

IT IS SO ORDERED.

DATED this 20th day of September, 2016.

*/s/ Dee Benson*
_____
Dee Benson
United States District Judge